DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

MAR 2'10AM10:04 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

WING, HARRY EDWARD and
WING, KELLY RENAE

Case No. 05-07243-PCW13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $15.34, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 24 | HANFORD COLLECTORS<br>PO BOX 1412<br>RICHLAND, WA 993521412 | $15.34 |

Dated: February 25, 2010

*/s/ Daniel H. Brunner*
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874013        3/2/10        $15.34